**ORIGINAL**

# In the United States Court of Federal Claims

No. 17-1020

Filed: September 29, 2017

```
*******************************
                              *
NASRA M. ARAFAT,              *
                              *
       Plaintiff, pro se,     *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
       Defendant.             *
                              *
*******************************
```

**FILED**

SEP 29 2017

U.S. COURT OF
FEDERAL CLAIMS

## ORDER OF DISMISSAL

On July 27, 2017, Plaintiff filed a Complaint in the United States Court of Federal Claims. On that same day, Plaintiff filed a Motion For Injunctive Relief. On August 1, 2017, Plaintiff filed a Second Motion For Injunctive Relief.

On August 14, 2017, the Government filed a Motion To Dismiss Plaintiff's July 27, 2017 Complaint. Plaintiff's Response to the Government's August 14, 2017 Motion To Dismiss was due on September 11, 2017. As of September 12, 2017, however, Plaintiff had not filed a response or objection with the court.

On September 12, 2017, the court issued an Order To Show Cause, ordering the Plaintiff to show cause why the above-captioned case should not be dismissed for failure to prosecute. The Response to the court's September 12, 2017 Order was due on September 25, 2017. As of September 29, 2017, Plaintiff has not complied with the court's September 12, 2017 Order.

Rule of the United States Court of Federal Claims ("RCFC") 41(b) states that the court may dismiss an action, on its own motion, "[i]f the plaintiff fails to prosecute or to comply with [the RCFC] or a court order[.]" In light of Plaintiff's failure to prosecute the above-captioned case and comply with court-mandated deadlines, the court has determined to dismiss Plaintiff's July 27, 2017 Complaint for failure to prosecute.

Accordingly, the Clerk of Court is directed to close this case. All pending motions are dismissed as moot.

**IT IS SO ORDERED.**

SUSAN G. BRADEN
Chief Judge

7017 1450 0000 1346 2540